# United States Court of Appeals
## For the First Circuit

No. 24-1351

IAN MILLER, personal representative of the Estate of Robert Joseph Miller,

Plaintiff, Appellee,

v.

SPENCER JACKSON, in his individual capacity; SEAN ROYCROFT, in his individual capacity,

Defendants, Appellants.

---

**ERRATA SHEET**

The opinion of this Court, issued on September 10, 2025, is amended as follows:

On page 5, line 18 replace < "'beyond debate"" > with < "'beyond debate'" >

On page 20, lines 20-21 replace < "reasonably misapprehend[e]d" > with < "reasonably misapprehend[]" >

On page 22, line 12, replace < play > with < plays >